APRIL 8, 1981

No. 80–1545.   SEARS, ROEBUCK & Co. *v.* ROSENER ET AL.
Appeal from Ct. App. Cal., 1st App. Dist., dismissed under
this Court's Rule 53.